UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP, #236528,

      Plaintiff,

                                    Case No. 11-CV-10409
v.                                HON. GEORGE CARAM STEEH

O.T. WINN, et al.,

      Defendants.

_____/

<u>ORDER ACCEPTING MARCH 5, 2012 REPORT AND RECOMMENDATION (#29),
GRANTING DEFENDANT CHAPLIN'S MOTION FOR SUMMARY JUDGMENT (#20),
AND DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS (#16)</u>

On February 1, 2011, plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. The matter was referred to Magistrate Judge Whalen for all pre-trial proceedings. On June 10, 2011, plaintiff filed a motion for judgment on the pleadings. On July 29, 2011, defendant Chaplin filed a motion for summary judgment. On March 5, 2012, Magistrate Judge Whalen issued a report and recommendation in which he recommends defendant Chaplin's motion for summary judgment be granted and plaintiff's motion for judgment on the pleadings be denied. The objection deadline has passed and no objections were filed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Whalen's March 5, 2012 report and recommendation, grants defendant Chaplin's motion for summary judgment, and denies plaintiff's motion for judgment on the pleadings. The claims against defendant Chaplin are

DISMISSED.

SO ORDERED.

Dated: March 27, 2012

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic and/or ordinary mail and also to Horace Crump, #236528, at G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201.

s/Josephine Chaffee
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP, #236528,

        Plaintiff,

v.

        Case No. 11-CV-10409
        HON. GEORGE CARAM STEEH

O.T. WINN, et al.,

        Defendants.

_____/

ORDER ACCEPTING MARCH 5, 2012 REPORT AND RECOMMENDATION (#29), GRANTING DEFENDANT CHAPLIN'S MOTION FOR SUMMARY JUDGMENT (#20), AND DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS (#16)

On February 1, 2011, plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. The matter was referred to Magistrate Judge Whalen for all pre-trial proceedings. On June 10, 2011, plaintiff filed a motion for judgment on the pleadings. On July 29, 2011, defendant Chaplin filed a motion for summary judgment. On March 5, 2012, Magistrate Judge Whalen issued a report and recommendation in which he recommends defendant Chaplin's motion for summary judgment be granted and plaintiff's motion for judgment on the pleadings be denied. The objection deadline has passed and no objections were filed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Whalen's March 5, 2012 report and recommendation, grants defendant Chaplin's motion for summary judgment, and denies plaintiff's motion for judgment on the pleadings. The claims against defendant Chaplin are

DISMISSED.

SO ORDERED.

Dated: March 27, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic and/or ordinary mail and also to Horace Crump, #236528, at G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201.

s/Josephine Chaffee
Deputy Clerk

---