UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP, #236528,

        Plaintiff,

                                        Case No. 11-CV-10409

v.                                      HON. GEORGE CARAM STEEH

O.T. WINN, et al.,

        Defendants.

_____/

<u>JUDGMENT</u>

      The above entitled matter has come before the court on motions for summary

judgment, and in accordance with the court's order granting defendants' motions

entered this date,

      IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor

of defendants on plaintiff's claims.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                                    BY: <u>s/Josephine Chaffee     </u>
                                        DEPUTY COURT CLERK

Dated: March 27, 2012