UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP, #236528,

    Plaintiff,

v.

Case No. 11-CV-10409
HON. GEORGE CARAM STEEH

O.T. WINN, et al.,

    Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court on motions for summary judgment, and in accordance with the court's order granting defendants' motions entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants on plaintiff's claims.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK

Dated:  March 27, 2012